IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AARON RAISER, a.k.a. T.G.,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and BRIGHAM YOUNG UNIVERSITY,<br><br>        Defendants. | ORDER<br><br><br><br><br>Case No. 2:04-CV-896 TC |

      On October 24, *pro se* Plaintiff Aaron Raiser filed a Motion for Enlargement of Time to respond to Defendant Brigham Young University's Motion for Summary Judgment. Mr. Raiser's motion was filed in violation of the court's September 1, 2005 Order (Docket No. 163), which states that Mr. Raiser may not file any motions until the currently pending motions are decided. For that reason, and because the court does not believe good cause has been shown for an enlargement of time, Mr. Raiser's Motion for Enlargement of Time is DENIED. Mr. Raiser may file an opposition to BYU's Motion for Summary Judgment no later than November 14, 2005. BYU may file a reply to the opposition no later than November 18, 2005. The hearing on BYU's Motion for Summary Judgment is set for Monday, November 21, 2005, at 3:30 p.m.

      IT IS SO ORDERED this 31st day of October, 2005.

                                          BY THE COURT:

                                          TENA CAMPBELL<br>
                                          United States District Judge